DANIEL C. WILLMAN (PRO HAC VICE)
PO Box 606
Pinckney, MI 48169
danielcwillman@aol.com
(248) 231-0705

SAMUEL M. LASSER (SBN 252754)
1934 Divisadero Street
San Francisco, CA 94115
(415) 994-9930
samlasser@hotmail.com

Attorneys for Plaintiff Bryan James Strother

PHILLIP A. TALBERT
Acting United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN JAMES STROTHER,<br><br>                    Plaintiff,<br><br>     v.<br><br>DAVID S. BALDWIN, et al.,<br><br>                    Defendants. | CASE NO. 2:16-CV-00255-TLN-CKD<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT |

   Pursuant to the Court's Order Requiring Joint Status Report dated February 10, 2016 (Dkt. 2), the parties are required to file a joint status report within sixty (60) days of service of the complaint on a party. The U.S. Attorney's Office was served with the complaint on June 17, 2016, making the joint status report due on August 16, 2016. However, because federal officials are defendants in this action and because the parties stipulated pursuant to Local Rule 144(a) to extend the response deadline, the defendants' response to the complaint is currently due on September 13, 2016. Defendants anticipate

filing a motion to dismiss, which is most likely to be heard by the Court during the third week of October.

Under these circumstances, the parties respectfully suggest that it will be most efficient to extend the time to file the joint status report and complete the Rule 26(f) conference to a date after the defendants respond to the complaint and the Court has an opportunity to rule upon any motion to dismiss that may be filed.

Accordingly, the parties hereby stipulate and respectfully request that the Court enter an order extending the time for the parties to file the joint status report and complete the Rule 26(f) conference until November 23, 2016.

DATED: August 12, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ Daniel C. Willman
DANIEL C. WILLMAN
Attorney for Plaintiff

By:  /s/ Philip A. Scarborough
PHILIP A. SCARBOROUGH
Assistant United States Attorney
Attorneys for Defendants

## ORDER

The deadline to file the joint status report and complete the Rule 26(f) conference shall be continued to November 23, 2016. The parties shall prepare and submit to the Court a joint status report as described in paragraph 4 of the Court's Order Requiring Joint Status Report (Dkt. 2) on or before November 23, 2016.

IT IS SO ORDERED.

Dated: August 15, 2016

Troy L. Nunley
United States District Judge