IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN JAMES STROTHER,<br><br>                    Plaintiff,<br><br>          v.<br><br>DAVID S. BALDWIN, et al.,<br><br>                    Defendants. | CASE NO.  2:16-CV-00255-TLN-CKD<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STRIKE |

Defendants David S. Baldwin, Michael McCord, the United States Department of Defense, and the Defense Finance and Accounting Service ("DFAS") (collectively referred to as "Defendants") have filed a motion to strike Plaintiff Bryan James Strother's ("Plaintiff") opposition to the Defendants' Motion to Dismiss.  (ECF No. 18.)  Plaintiff has filed an opposition, (ECF No. 20), and Defendants have filed a reply.  (ECF No.  22.)

Having considered the motion to strike, Plaintiff's opposition, and the Defendants' reply, and based on the entire record before the Court, good cause appears to grant the motion to strike.  Plaintiff's opposition to Defendants' Motion to Dismiss exceeds the page limitations set by the Court in its Standing Order and in the Order issued in this case on February 10, 2016.  (*See* ECF No. 2 at 4, ¶ 8.) Plaintiff did not seek leave from the Court to exceed the page limits.  Although Plaintiff avers that his opposition is only two pages over the limit, upon review Plaintiff's briefing clearly exceeds the Court's page limits set forth in this Court's Standing Order.  The page limit set within the Order encompasses any and all statements of fact and summaries of law.  The page limit is not restricted to what the party

deems to be his or her argument.  As such, the Court grants Defendants' Motion to Strike.  (ECF No. 18.)  However, in an effort to allow Plaintiff the opportunity to respond to Defendants' motion to dismiss, the Court hereby extends the deadline for Plaintiff to file an opposition to October 27, 2016.  Defendants may file a reply on or before November 4, 2016.  The Court will decide this matter on the submissions by the parties and will not hold a hearing.

IT IS SO ORDERED.

Dated: October 17, 2016

Troy L. Nunley
United States District Judge